UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00084 |
| | ) | JUDGE CAMPBELL |
| ANTONIO L. CASON, JR. | ) | |

## ORDER

Pending before the Court is the Defendant's Petition To Terminate Supervised Release (Docket No. 83). The Government shall file any response to the Motion on or before July 19, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE