UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | No. 3:02-00084-1 |
| | ) | Judge Campbell |
| | ) | |
| ANTONIO L. CASON, JR. | ) | |

O R D E R

Pursuant to the agreement of the parties, the Court hereby grants the petition for early termination of supervised release (D.E. 83) effective six (6) months from the entry of this Order or upon petitioner's filing of proof that he has received his commercial driver's license, whichever comes first.

Enter this the ___ day of _____, 2013.

_____
TODD J. CAMPBELL
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:


*s/ Sumter L. Camp*
Sumter L. Camp
Assistant Federal Public Defender


*s/ Sunny A.M. Koshy (by permission)*
Sunny A.M. Koshy
Assistant United States Attorney