UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00084 |
| | ) | JUDGE CAMPBELL |
| WAYNE A. GOODLOE | ) | |

## ORDER

Pending before the Court is a Superseding Petition (Docket No. 95) alleging violations of Defendant's Conditions of Supervision. The Court held a hearing on the Petition on August 14, 2013.

By agreement of the parties, Defendant Goodloe admitted the violations alleged in the Superseding Petition and the Court agreed to continue the hearing for six months. Accordingly, the hearing is CONTINUED to February 14, 2014, at 1:00 p.m. On or before February 7, 2014, the parties shall file a notice indicating if a hearing on the Superseding Petition is necessary or whether the Superseding Petition will be dismissed.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE